**Electronically Filed**
**Supreme Court**
**SCWC-17-0000397**
**21-MAR-2019**
**10:01 AM**

SCWC-17-0000397

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellee,

vs.

DOUGLAS DAVID ALLEN BRAIN, Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000397; CASE NO. 3DCW-16-0003004)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee the State of Hawai'i's application for writ of certiorari filed on February 8, 2019, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

